IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION, a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1: 05 CV 808 |
| v. | ) ) | Judge Watson |
| R.V. PAPER, INC., a Nevada corporation, WEST COAST PAPER CONVERTING, a Nevada corporation, and RONALD C. VANDERHORST, a resident and citizen of Ohio, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER OF JUDGMENT

This matter coming to be heard on Plaintiff's Motion for Default Judgment; due notice having been given; and the Court being fully advised in the premises,

IT IS HEREBY ORDERED:

THAT a judgment is entered in favor of Plaintiff, General Electric Capital Corporation, a Delaware corporation, and against Defendants, R. V. Paper, Inc., a Nevada corporation, West Coast Paper Converting, a Nevada corporation, and Ronald C. Vanderhorst, a resident and citizen of Ohio, jointly and severally, in the amount of $1,268,342.82.

472553v1

Entered: *Febuary 15, 2007*

*Michael R. Barrett*

United States District Court Judge

Order prepared by:

Bradley D. McPeek
Lindhorst & Dreidame Co., LPA
312 Walnut Street
Suite 2300
Cincinnati, Ohio 45202
(513) 421-6630

Alexander Terras
Timothy S. Harris
DLA Piper US LLP
203 North LaSalle Street
Suite 1900
Chicago, Illinois 60601-1293
(312) 368-4000

*Attorneys for General Electric
Capital Corporation*